

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00560-CV

Jermar **FLUCKERS**,
Appellant

v.

**SILVER RIDGE APARTMENTS**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2015CV03295
Honorable Jason Wolff, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  November 25, 2015

DISMISSED

Because Appellant Jermar D. Fluckers failed to pay the filing fee in this appeal, on October 7, 2015, we ordered appellant within ten days to either (1) pay the applicable filing fee or (2) provide written proof to this court that he is excused by statute or these rules from paying the filing fee. *See* TEX. R. APP. P. 20.1 (providing that party who qualifies as indigent under Rule 20 may proceed without advance payment of costs). We warned that if appellant failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c).

Appellant, however, failed to pay the filing fee or provide written proof that he is excused from paying the filing fee by the date ordered. We, therefore, dismiss this appeal. *See id.*

PER CURIAM